Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94612
Telephone:    510.763.2000
Facsimile:    510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SISEMORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MERCK & COMPANY, INC., MCKESSON CORPORATION, PFIZER, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | No.: 2:06-cv-00082-WBS-GGH<br><br>STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING RESOLUTION OF LAW AND MOTION MATTERS<br><br>**Honorable William B. Shubb** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Deborah Sisemore v. Merck & Co., Inc.*, *et al.* Case Number 2:06-cv-00082-WBS-GGH, was filed in state court on November 30, 2005 and removed to this Court on January 12, 2006.

No discovery has been conducted or scheduled.

On January 17, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.

On February 9, 2006, plaintiff filed a Motion to Remand this matter to state court. Also pending before this Court are Merck's Motion to Stay Proceedings Pending Transfer to the Vioxx MDL, filed February 14, 2006 and Pfizer's Motion to Stay, filed February 24, 2006. The hearings on all three of these Motions are calendared for April 3, 2006.

On February 16, 2006, the plaintiff timely filed Notice of its Opposition to the "tag-along" transfer of this action to MDL No. 1657. Pursuant to a briefing schedule established by the MDL Panel, the plaintiff filed its opposition to the "tag-along" transfer of this action on March 2, 2006. Plaintiff's motion in opposition to transfer of this action to MDL No. 1657 has not been yet set before hearing or argument.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

In light of the pending Motion to Remand and Motion to Stay, the parties respectfully request that further Joint Status Reports be postponed and that additional Discovery Conferences be removed from the calendar until final resolution of these matters.

SO STIPULATED.

Dated: March ___, 2006

**REED SMITH LLP**

By:   /s/Dana A. Blanton
      Dana A. Blanton
      Attorney for Defendant
      MERCK & CO., INC.

Dated: March ___, 2006

**TUCKER ELLIS & WEST LLP**

By:   /s/ Tae-Yoon Kim
      Tae-Yoon Kim
      Attorney for Defendant
      PFIZER INC.

Dated: March ___, 2006

**CLAYEO C. ARNOLD,
A Professional Law Corporation**

By:   /s/ Kirk Wolden
      Kirk Wolden
      Attorney for Plaintiff

– 2 –

STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCES PENDING RESOLUTION OF LAW AND MOTION MATTERS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.  The status conference is continued to May 8, 2006 at 9:00 a.m.  The parties shall file their joint status report 14 days prior to the status conference.

Dated: March 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCES PENDING RESOLUTION OF LAW AND MOTION MATTERS

PDF created with pdfFactory trial version www.pdffactory.com